```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA         :
                                 :    Crim. No. 12-73 (JLL)
v.                               :
                                 :
JOSEPH BELASCO                   :

## Complex Case Order

This matter having been opened to the Court on the application of the United States of America (V. Grady O'Malley, Senior Litigation Counsel, appearing) and with the consent of the defendant Joseph Belasco (John Azzarello\David Fassett, Esqs. appearing), for a complex-case order for the above captioned matter, continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the charges being the result of a lengthy investigation and where the defense needs sufficient time to review and analyze the discovery, which includes electronic recordings and the contents of multiple boxes of materials either seized from the defendant, Impact Marketing or obtained during the grand jury investigation, and thereafter to investigate the charges and file motions in this case; and,

The Court having found, in light of the above, that this case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974; and the Court having found that an order (a) granting a continuance of the proceedings and (b) excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of its complex nature, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); and, that the ends of justice are served

by granting such a complex-case order; and for good cause shown,

It is on this 24 day of February, 2012,

ORDERED that this matter shall be treated as a complex case pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(ii), for purposes of the Speedy Trial Act, 18 U.S.C. § 3161 et seq;

IT IS FURTHER ORDERED, defense motions on the indictment are due May 14, 2012; Government' response is now due on June 11, 2012; **trial date** is hereby tentatively set for September 12, 2012;

IT IS FURTHER ORDERED that the time period from the date of this order to the date of that case management conference shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Judge