# ARSENEAULT, WHIPPLE, FASSETT & AZZARELLO, LLP

JACK ARSENEAULT
JOHN C. WHIPPLE*
DAVID W. FASSETT
JOHN A. AZZARELLO⁺♦

ATTORNEYS AT LAW

560 MAIN STREET
CHATHAM, NEW JERSEY 07928
(973) 635-3366
FAX (973) 635-0855
EMAIL info@awfa-law.com

THOMAS M. LENNEY⁺⁺
ADALGIZA A. NUÑEZ⁺
JOHN J. ROBERTS⁺

⁺ALSO ADMITTED IN NEW YORK
⁺⁺ALSO ADMITTED IN MICHIGAN
♦ALSO ADMITTED IN WASHINGTON, DC

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

May 4, 2012

**ELECTRONICALLY FILED**

Honorable Jose L. Linares, U.S.D.J.
Martin Luther King, Jr. U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    RE:    **United States v. Joseph Belasco**
            **Criminal No. 12-73 (JL)**

Dear Judge Linares:

    We represent Defendant. By Complex Case Order filed February 27, 2012 [Doc. 8], the Court prescribed the following schedule: defense motions on the indictment due May 14, 2012; Government's response due June 11, 2012; trial date tentatively set for September 12, 2012.

    We inspected the Government's discovery materials on March 20, 2012 and requested copies of certain materials produced. We also requested that the Government obtain and produce certain other materials from the alleged victim. The Government has provided us with copies of certain materials and has agreed to produce the other materials as soon as they become available. The Government anticipates receiving and producing a significant number of such materials by the end of next week.

    In light of the foregoing, the parties hereby jointly request that the Court extend the foregoing dates by at least sixty (60) days.

    Thank you for considering this request.

                                                      Respectfully,

                                                      s/ David W. Fassett

cc:    V. Grady O'Malley, AUSA
       John A. Azzarello, Esq.
       Joseph Belasco

SO ORDERED: [signature]
DATED: 5/8/12